6-19-05

Mr. Nedilsky
Clerk of Court



U.S. DISTRICT COURT EAST DIST. WISC.
FILED
JUN 2 4 2005
AT ____ O'CLOCK ___ M
SOFRON B. NEDILSKY

I've recently learned that the Bureau of Prisons (B.O.P.) through the U.S. Attorney is going to contact the court to make it aware that they (B.O.P.) supplied the court with misinformation which the court relied upon to modify my sentence.

I as a direct party involved in this action would like to be advised and receive a copy of any and all communication between the court and the B.O.P., as well as any hearings, briefings, filings etc. that may result from this notification.

Your cooperation in this matter will be greatly appreciated.

Sincerely,
Jeffrey L. Haydock

JEFFREY L. HAYDOCK #02351-090
FEDERAL CORRECTIONAL INSTITUTION
P.O. BOX 5000
PEKIN, IL 61555-5000

CASE NO. 85-CR-141



**U.S. DEPARTMENT OF JUSTICE**
Federal Bureau of Prisons

**REQUEST FOR ADMINISTRATIVE REMEDY**

---

*Type or use ball-point pen. If attachments are needed, submit four copies. Additional instructions on reverse.*

From: Jeffrey L. Haydock | 02251-090 | Iowa-2 | FCI-Pekin
LAST NAME, FIRST, MIDDLE INITIAL | REG. NO. | UNIT | INSTITUTION

**Part A– INMATE REQUEST**

I was arrested in 1985 and sentenced in 1986 and I beleive that I have a pre-Gonzales issue.

I am requesting a review of my sentence computation pursuant to B.O.P.P.S.§5880.30 I was sentenced prior to the "Gonzales" decision, UNITED STATES-V-GONZALES 118 s.ct 1032, 137 L.ED. 132 (1997).

As a result my § 924(c) sentence has been incorrectly applied, contrary to Gonzales.

( see continuation page )

5-31-05
DATE                                SIGNATURE OF REQUESTER

**Part B– RESPONSE**

Part B - Response
Administrative Remedy #378013-F1

This is in response to your Request for Administrative Remedy in which you claim the information provided to the sentencing court regarding your federal sentence was in error. You request a review of your federal sentence be conducted with the sentencing court.

An investigation into this matter revealed, the court had been advised based on the Bureau of Prisons' (BOP) pre-Gonzalez policy, that your five-year non-parolable sentence would have to be served first, and therefore the sentences could not run concurrently with your state sentence. The court subsequently entered an amended order. In accordance with BOP Program Statement 5880.30 entitled Sentence Computation Manual, the Inmate systems Management staff will contact the court and advise them of the misinformation which was previously given. Staff will request the court to advise them if they do not agree with the manner in which your sentence has been computed. Absent a response from the court amending your sentence, your sentence will remain as computed.

Due to the above information your request for relief in this matter is partially granted as a review has been conducted and we are awaiting a response from the court. If you are not satisfied with this response, you may appeal on the appropriate form to the Regional Director within twenty days from the date of this response.

_____          _____
R/K Veach, Warden                   Date