10-1-05
U.S. DISTRICT COURT
EASTERN DISTRICT-WI
FILED

'05 OCT -6 A9:44

OFFICE OF JON W. SANFILIPPO CLERK
MAIL-REC'D

Mr. Nedilsky

On July 5th, 2005 I filed a motion to correct, calculate, modify my sentence in case number 85-CR-141.

My motion was assigned to the Honorable Judge J.P. Stadtmueller.

I'm writing today because I'm wondering what the status is on my motion, if you could let me know I would appreciate it.

I am enclosing a self addressed stamped envelope for your convenience.

Sincerely
Jeffrey L. Haydock

JEFFREY L. HAYDOCK #02251-090
FEDERAL CORRECTIONAL INSTITUTION
P.O. BOX 5000
PEKIN, IL 61555-5000