# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF WISCONSIN

UNITED STATES OF AMERICA,

       **Plaintiff,**

  vs.                                                                     **Case No. 85-Cr-141**

**JEFFERY HAYDOCK,**

       **Defendant.**

# DECISION AND ORDER

       This matter was recently assigned to this Court. On July 5, 2005, the defendant Jeffery Haydock ("Haydock") filed a notice of motion, motion to correct or modify sentence and calculate the sentence pursuant to "18 U.S.C. § (Old law) Rule 35." (Docket No. 38). He also filed letters, related to that motion, on October 6, 2005, and March 10, 2006. (Docket Nos. 39 & 40.)

       There is no indication that Haydock served copies of his July 5, or October 6, 2005, filings or his March 10, 2006, letter upon the government. Haydock is advised that he is required to serve the government with a copy of all documents he files with the Court and that he is also required to file a certificate of service of any such documents. *See* Fed. R. Crim. P. 49; Fed. R.

Civ. P 5(d).[1]  Documents not accompanied by a certificate of service may be disregarded by the Court.

Haydock's motion and his related submissions require a response from the government.  Thus, in this instance, the Court directs the Clerk of Court to send the government copies of Haydock's motion and attachments, as well as his October 6, 2005, and March 10, 2006, letters, along with the government's copy of this order.  The government shall file a response to Haydock's motion and related submissions by May 17, 2006.  Haydock may also file a reply by June 19, 2006.

**NOW, THEREFORE, BASED ON THE FOREGOING, IT IS HEREBY ORDERED THAT:**

The Clerk of Court **SHALL** send to the government a copy of Haydock's motion and attachments, as well as his October 6, 2005, and March 10, 2006, letters;

The government **SHALL** file a response thereto **no later than May 17, 2006**; and

Haydock may file a reply thereto **no later than June 19, 2006**.

Dated at Milwaukee, Wisconsin this 13th day of April, 2006.

**BY THE COURT**

**s/ Rudolph T. Randa**

**Hon. Rudolph T. Randa**
**Chief Judge**

---

[1] Rule 49(b) of the Federal Rules of Criminal Procedure requires that service be made in the manner provided for a civil action.