UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF WISCONSIN

---

UNITED STATES OF AMERICA,

       Plaintiff,

v.　　　　　　　　　　　　　　　　Case No. 85-CR-141

JEFFERY HAYDOCK,

       Defendant.

---

### CERTIFICATE OF SERVICE
---

I hereby certify that on **May 17, 2006**, I electronically filed the **Government's Response to Defendant's "Motion to Correct/Modify Sentence"** with the Clerk of the Court using the ECF system; and I hereby certify that I have mailed by United States Postal Service the same documents to the following non-ECF participant:

Jeffrey L. Haydock
Reg. No. 02251-090
Federal Correctional Institution
P.O. Box 5000
Pekin, IL 61555-5000

                                STEVEN M. BISKUPIC
                                United States Attorney

By:

                                PAUL L. KANTER
                                Assistant United States Attorney
                                Paul L. Kanter Bar Number 1005035
                                Attorney for Plaintiff
                                Office of the United States Attorney
                                Eastern District of Wisconsin
                                517 East Wisconsin Avenue
                                Milwaukee, Wisconsin 53202
                                Telephone: (414) 297-4104
                                Facsimile: (414) 297-1738
                                Email: Paul.Kanter@usdoj.gov