UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF WISCONSIN

---

UNITED STATES OF AMERICA,

               Plaintiff,

-V-

JEFFERY HAYDOCK,

               Defendant.

Case No. 85-CR-141
Eastern District of Wisconsin.

---

DEFENDANT'S REPLY TO THE GOVERNMENT'S RESPONSE
ON THE RULE 35 (A) MOTION TO CORRECT/MODIFY SENTENCE

---

Now, comes Jeffery Haydock, pro-se, herein adopts the governments position in the response of May 17th, 2006:

" The government requests that this court enter an Order clarifying that the sentence imposed on October 28, 1986, provide that the five year sentence for violation of Title 18, United States Code, Section 2113 (a) and (d) be served concurrently with any sentence imposed by the State of Wisconsin and the five year sentence for violation of Title 18 United States Code, Section 942 (c) be served consecutively to any other sentence imposed by any state or federal court."

The government statement: The Order, should be Titled, Order of clarification, in the matter of United States of America V. Jeffery Haydock, is additionally adopted as correct, in aid of resolution of this matter pursuant to Title 18 U.S C. Section 3568 (1986).

In aid of prompt resolution, defendant request the language of the Order contain lauguage to the effect: The five year sentence for violation of Title 18 U.S.C. Section 2113 (a) and (d), shall be concurrent and coterminious with the State of Wisconsin sentence, and shall be aggregated with the five years sentence for violation of Title 18 U.S.C. Section 924 (c), Ordered to run consecutively, within, the meanings and terms of Title 18 U.S.C. Sections 4161 and 4162's provision for calculation of the applicable good time credit awards for defendant's committed under 18 U.S.C. Section 3568.

In closing defendant, Jeffery Haydock, wishes to express his thanks to the United States Assistant Attorney Paul L Kanter for his professional conduct displayed in resolution of this matter, and the Court for it's time spent entertaining the matter before the court, after a 20 year hiatus.

Respectfully Submitted,

*Jeffery L. Haydock*
Jeffery Leo Haydock, Pro-se

(2)

# CERTIFICATE OF SERVICE

I, __Jeffery Haydock__ hereby certify that I have served a true and correct copy of the following: Reply of May 25th, 2006, to the Government's Response of May 17th, 2006.

Which is deemed filed at the time it was delivered to prison authorities for forwarding to the court, *Houston v. Lack*, 101 L.Ed.2d 245 (1988), upon the court and parties to litigation and or his/her attorney(s) of record, by placing same in a sealed, postage prepaid envelope addressed to:

Assitant United State Attorney General Paul L. Kanter
Office of the United States Attorney, Room 530 U.S. Courthouse
517 East Wisconsin Avenue, Milwaukee, Wisconsin 53202.

and deposited same in the United States Postal Mail at the Pekin Federal Correctional Inst. on this: __25th__ day of: __May 2006__,

*Jeffrey L. Haydock*
5-25-06