October 8, 2006

To: Rudolph T. Randa
Chief Justice
Room 310 U.S. Courthouse
517 E. Wisconsin Avenue
Milwaukee, Wisconsin
    53202

Fr: Jeffery L. Haydock
Reg. No. 02251-090
Pekin Corr. Inst.
P.O. Box 5000
Pekin, Illinois
    61555-5000


OCT 1 2006

Re: Inquire as to the status of the Rule 35 (a) **old** law motion to correct an illegal sentence in the matter of U.S.V. HAYDOCK, Case NO. **85-Cr-141.**

Dear Justice Randa,

    I am writing today to inquire about the status of my old law Rule 35 (a), motion to correct an illegal sentence filed July 5th 2005.

    Your honor established a May 17th, 2006 deadline for the government to respond. The government met the established deadline with summation of the following:

> " The government request that this Court enter an Order clarifying that the sentence imposed October 28, 1986, provide that the five year sentence for violation of Title 18, United States Code, Section 2113 (a) and (d) be served concurrent with any sentence imposed by the State of Wisconsin and the five year sentence for violation of Title 18, United States Code, Section 924 (c) be served consecutive to any other sentence imposed in any state or federal court. "

    On May 25th, 2006, in my reply I adopted the government's position on the matter on the foregoing. To date no ruling has taken place on the matter.

    The reason behind this extraordinary step of writing directly to you is based upon my understanding of the length of time it will take the Federal Bureau of Prisons to comply with the Court's Order of clarification ( if the Court choose to adopt the government's position foregoing ) and still have the ability to place me in a half-way house for a period of six months prior to my discharge in April of 2007, if your honor adopts the government's position.

    I apologize for any inconvience this letter of inquire has cause the court and I humbly await a Court Order on the matter or a reply to this letter.

Sincerely,
*Jeffery L. Haydock*
Jeffery L. Haydock
cc/ A.A.G. Steven M Biskupic
    A.A.G. Paul L. Kanter