UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF WISCONSIN

---

UNITED STATES OF AMERICA,

        Plaintiff,

v.                                       Case No. 85-CR-0141

JEFFREY L. HAYDOCK,

        Defendant.

---

## RELEASE OF LIEN

---

      I hereby certify that, as to the following named debtor, the requirements of 18 U.S.C. §3613 (c) have been satisfied with respect to the judgment enumerated below, together with all statutory additions; and that the lien for this judgment and statutory additions has thereby been released. The proper officer in the office where the Notice of Lien or Judgment was filed on April 15, 1992, under document number 886488 (Vol. 799, page 919), is hereby authorized to make notation on the books to show the release of said lien, insofar as the lien relates to the following imposition:

| | |
|---|---|
| **NAME OF DEFENDANT:** | **Jeffrey Haydock** |
| **RESIDENCE:** | **611 E. Milwaukee Street**<br>**Watertown, WI 53094** |
| **COURT IMPOSING JUDGMENT:** | **United States District Court**<br>**Eastern District of Wisconsin** |
| **DISTRICT COURT NUMBER:** | **85-CR-0141** |
| **AMOUNT OF JUDGMENT:** | **$4,626.11** |
| **PLACE OF FILING:** | **Milwaukee County, Wisconsin** |

    WITNESS my hand at Milwaukee, Wisconsin, on the 12th day of September, 2007.

                                        STEVEN M. BISKUPIC
                                        United States Attorney

                    By:    s/ Mel S. Johnson

                                        MEL S. JOHNSON
                                        Assistant United States Attorney