PROB 12C
(Rev. 12/04)

# UNITED STATES DISTRICT COURT

for

Eastern District of Wisconsin

U.S. DIST. COURT EAST DIST. WISC
FILED
JUN 2 3 2010
AT_____O'CLOCK_____M
JON W. SANFILIPPO

## Petition for Warrant or Summons for Offender Under Supervision

Name of Offender: Haydock, Jeffrey L.      Case Number: 85-00141-001

Name of Sentencing Judicial Officer: John W. Reynolds

Date of Original Sentence: 3/7/86

Original Offense: Armed Bank Robbery

Original Sentence: 10 years imprisonment

Type of Supervision: Mandatory Release      Date Supervision Commenced: 6/26/07

Assistant U.S. Attorney: Paul Kanter      Defense Attorney: Bernard S. Stein

### PETITIONING THE COURT

[x] To issue a warrant
[ ] To issue a summons

The probation officer believes that the offender has violated the following condition(s) of supervision:

| Violation Number | Nature of Non-compliance |
| --- | --- |
| 1. | On 6/8/10, the LaCrosse County District Attorney filed Case No. 2010CF000332, charging Jeffrey Haydock with Armed Robbery with Use of Force. According to the amended Criminal Compliant, on 6/8/10, Mr. Haydock entered the Citizens State Bank in LaCrosse, Wisconsin and brandished a firearm. He instructed two tellers to fill grocery bags with money. After money was placed in the bags, Mr. Haydock exited the bank. Mr. Haydock attempted to conceal his identity by wearing a hood, sunglasses, and a bandanna. The Complaint further alleges on 5/7/10, the defendant robbed the Firefighters Credit Union in LaCrosse, Wisconsin, in a similar manner. During this robbery, Mr. Haydock wore a hockey mask to conceal his identity. |

**U. S. Probation Officer Recommendation:**

Because of the defendant's history and the serious nature of the alleged new offenses, it is respectfully recommended a warrant be issued to act as a detainer and the defendant be returned to court for a revocation hearing when the state matter is concluded.

On 6/9/10, Mr. Haydock was arrested in his home in Watertown, Wisconsin. He is currently held in the LaCrosse County Jail under a $75,000.00 cash bond and the state probation officer assigned to Mr. Haydock has issued a hold. He is scheduled to appear in State Court again on 6/21/10, for a preliminary hearing.

Assistant U. S. Attorney Paul Kanter has been advised of this development.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on 6/21/10

Ian D. Alexander
U. S. Probation Officer

IDA/eh

---

THE COURT ORDERS:

☐ No action.

☑ The issuance of a warrant.

☐ The issuance of a summons.

☐ Other

Rudolph T. Randa
U. S. District Judge

6/23/10
Date