



U.S. DISTRICT COURT
EASTERN DISTRICT-WI
FILED

**U.S. Department of Justice**
**United States Marshals Service**

'10 JUN 28 A9:08

JON W. SANFILIPPO
CLERK

# DETAINER
## BASED ON VIOLATION OF PROBATION AND/OR SUPERVISED RELEASE

United States Marshal
Western Wisconsin
*(District)*

120 N. Henry St. Rm. 440
Madison, WI 53703
608-661-8300
*(Return Address and Phone)*

*Please type or print neatly:*

TO: LaCrosse County Jail

DATE: 06/25/2010
SUBJECT: HAYDOCK, Jeffrey L.
AKA:
DOB/SSN: 08/22/1956
REF. #:
USMS #: 02251-090
CR #: 85-CR-141

Please accept this Detainer against the above-named subject who is currently in your custody. The United States District Court for the Eastern District of Wisconsin has issued an arrest warrant charging the subject with violation of the conditions of probation and/or supervised release.

Prior to the subject's release from your custody, please notify this office at once so that we may assume custody if necessary. If the subject is transferred from your custody to another detention facility, we request that you forward our Detainer to said facility at the time of transfer and advise this office as soon as possible.

The notice and speedy trial requirements of the Interstate Agreement on Detainers Act do NOT apply to this Detainer, which is based on a Federal probation/supervised release violation warrant.

Please acknowledge receipt of this Detainer. Please provide one copy of this Detainer to the subject and FAX one copy to this office at 608-661-8304.
    *FAX No.*

| RECEIPT | |
|---|---|
| Date: | 6-24-10   10:45 |
| Signed: | M. Gunderson #1576 |
| By: | |
| Title: | Jailer |

Very truly yours,

by: *Mary Nowik* (Signature)

For: Dallas Neville, US Marshal
*(Name and Title)*

Requested by: Mary Nowik, Criminal Program Specialist

Form USM-16D
Rev. 04/05